UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x
In re:                                       Chapter 7

    Dalton Alexis

                                                  Case No. 09-23943 (rdd)

                                 Debtor(s).
-----------------------------------------------------------x

## LOSS-MITIGATION REQUEST – BY THE DEBTOR

I am a Debtor in this case. I hereby request loss mitigation with respect to *[Identify the property, loan and creditor(s) for which you are requesting loss mitigation]*:

55 Division Ave, Spring Valley, NY 10977, Bank of America Home Loans Account #

122253468

## SIGNATURE

I understand that if the Court orders loss mitigation in this case, I will be expected to comply with the Loss Mitigation Procedures. I agree to comply with the Loss Mitigation Procedures, and I will participate in loss mitigation in good faith. I understand that loss mitigation is voluntary for all parties, and that I am not required to enter into any agreement or settlement with any other party as part of this loss mitigation. I also understand that no other party is required to enter into any agreement or settlement with me. I understand that **I am not required to request dismissal of this case** as part of any resolution or settlement that is offered or agreed to during the loss mitigation period.

Sign: /s/ Dalton Alexis                   Date: November 18, 2009

Print Name:               Dalton Alexis

Telephone Number:       845-425-2510

E-mail address (if any):       bleichmanklein@yahoo.com

## CERTIFICATE OF SERVICE

STATE OF NEW YORK
COUNTY OF ROCKLAND

I, Joshua N. Bleichman, an attorney admitted to practice before this court affirms under the penalties of perjury that I am not a party to this action and that I am over the age of 18 years old. I served the within Notice of Loss Mitigation on November 18, 2009 depositing a true copy thereof by ECF or in a post-paid wrapper, placing it in an official depository under the exclusive care and custody of the United States Postal Service within the State of New York, first class mail, addressed to the following persons:

Bank of America Home Loans Servicing, LP
Attn. Customer Service
CA6-919-01-41
Po Box 5170
Simi Valley, CA 93062-5170

Marianne O'Toole by ECF
20 Valley Road Suite one
Katonah, NY 10536

United States Trustee by ECF
33 Whitehall Street
21st Floor
New York, NY 10004

/s/ Joshua N. Bleichman
Joshua N. Bleichman
268 Route 59 West
Spring Valley, NY 10977
845-425-2510